FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JUN 10 PM 3:00
CLERK J. Hodge
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) |
| | ) Case No.: 1:19-CR-0045 |
| DALTON JAY HORTON, | ) |
| | ) |
| Defendant. | ) |

ORDER FOR LEAVE OF ABSENCE

WHEREAS, application for leave of absence has been requested by Travers Chance for the period of June 18, 2019 through and including June 25, 2019, and July 1, 2019 through and including July 8, 2019 and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received,

IT IS HEREBY ORDERED that said Motion for Leave of Absence is granted.

SO ORDERED this 10th day of June, 2019.

_____
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA